B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan - Southern Division

In re: Oakland Physicians Medical Center, L.L.C. d/b/a Doctors' Hospital of Michigan
Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wisconsin Physicians Service Insurance Company 3333 Farnum Street Suite 700 Omaha, NE 68131 | Wisconsin Physicians Service Insurance Company 3333 Farnum Street Omaha, NE 68131 | Medicare and Medicaid Overpayments | | 6,381,268.56 |
| Shree Investment Group L/I 5243 Elmgate Drive Orchard Lake, MI 48324 | Shree Investment Group L/I 5243 Elmgate Drive Orchard Lake, MI 48324 | Judgment | Disputed | 1,416,049.48 |
| Surindar Jolly, MD 5243 Elmgate Drive Orchard Lake, MI 48324 | Surindar Jolly, MD 5243 Elmgate Drive Orchard Lake, MI 48324 | Judgment | Disputed | 1,227,042.31 |
| State of Michigan - QAAP Department of Community Health P.O. Box 30437 Lansing, MI 48909 | State of Michigan - QAAP Department of Community Health P.O. Box 30437 Lansing, MI 48909 | Tax Debt | | 1,076,269.40 |
| Oakland County - WRC Wastewater Treatment Division 155 N. Opdyke Road Pontiac, MI 48342 | Oakland County - WRC Wastewater Treatment Division 155 N. Opdyke Road Pontiac, MI 48342 | Trade Debt | | 573,537.04 |
| Riyadh Kasmikha, MD 28500 Southfield Suite 200 Lathrup Village, MI 48076 | Riyadh Kasmikha, MD 28500 Southfield Suite 200 Lathrup Village, MI 48076 | Loan | | 475,138.47 |
| CPSI P.O. Box 850309 Mobile, AL 36685-0309 | CPSI P.O. Box 850309 Mobile, AL 36685-0309 | Trade Debt | | 385,886.00 |
| State of Michigan - OC Michigan Department of Treasury Office of Collections P.O. Box 30199 Lansing, MI 48922 | State of Michigan - OC Michigan Department of Treasury Office of Collections Lansing, MI 48922 | Tax Debt | | 289,516.84 |

B4 (Official Form 4) (12/07) - Cont.

In re  Oakland Physicians Medical Center, L.L.C. d/b/a Doctors' Hospital of Michigan          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CareFusion Solutions LLC<br>25082 Network Place<br>Chicago, IL 60673-1250 | CareFusion Solutions LLC<br>25082 Network Place<br>Chicago, IL 60673-1250 | Trade Debt | | 228,998.89 |
| Nikhil Hemady, MD<br>55044 Woods Lane<br>Shelby Township, MI 48316 | Nikhil Hemady, MD<br>55044 Woods Lane<br>Shelby Township, MI 48316 | Loan | | 209,115.67 |
| Iron Mountain Management<br>P.O. Box 27128<br>New York, NY 10087-7128 | Iron Mountain Management<br>P.O. Box 27128<br>New York, NY 10087-7128 | Trade Debt | | 190,252.18 |
| Quest Diagnostics<br>13138 Collection Center Drive<br>Chicago, IL 60693 | Quest Diagnostics<br>13138 Collection Center Drive<br>Chicago, IL 60693 | Trade Debt | | 186,029.44 |
| Philips Healthcare<br>P.O. Box 100355<br>Atlanta, GA 30384-0355 | Philips Healthcare<br>P.O. Box 100355<br>Atlanta, GA 30384-0355 | Judgment Debt | | 175,042.97 |
| J & J Health Care Systems<br>5972 Collection Center Drive<br>Chicago, IL 60693 | J & J Health Care Systems<br>5972 Collection Center Drive<br>Chicago, IL 60693 | Trade Debt | | 161,819.40 |
| Alliance HNI LLC<br>7647 Collection Center Drive<br>Chicago, IL 60693-0076 | Alliance HNI LLC<br>7647 Collection Center Drive<br>Chicago, IL 60693-0076 | Trade Debt | | 158,338.00 |
| Baxter Healthcare Corp.<br>P.O. Box 70564<br>Chicago, IL 60673 | Baxter Healthcare Corp.<br>P.O. Box 70564<br>Chicago, IL 60673 | Trade Debt | | 152,677.91 |
| Amarjeet Sethi<br>4566 Wabeek Forest Drive<br>Bloomfield Hills, MI 48302 | Amarjeet Sethi<br>4566 Wabeek Forest Drive<br>Bloomfield Hills, MI 48302 | Loan | | 148,807.40 |
| William E. Hill, MD, L/I<br>3433 Franklin Road<br>Bloomfield Hills, MI 48302-0960 | William E. Hill, MD, L/I<br>3433 Franklin Road<br>Bloomfield Hills, MI 48302-0960 | Loan | | 139,983.15 |
| Accident Fund Company<br>P.O. Box 40790<br>232 S, Capitol Avenue<br>Lansing, MI 48901-7990 | Accident Fund Company<br>P.O. Box 40790<br>232 S, Capitol Avenue<br>Lansing, MI 48901-7990 | Trade Debt | | 128,827.28 |
| Doctors Emergency Med Group<br>660 Shreewsbury Drive<br>Clarkston, MI 48348 | Doctors Emergency Med Group<br>660 Shreewsbury Drive<br>Clarkston, MI 48348 | | | 127,308.15 |

B4 (Official Form 4) (12/07) - Cont.

In re  Oakland Physicians Medical Center, L.L.C. d/b/a Doctors' Hospital of Michigan                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 22, 2015                    Signature  /s/ John Ponczocha
                                                  John Ponczocha
                                                  Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.