# United States Bankruptcy Court
## Eastern District of Michigan - Southern Division

In re    Oakland Physicians Medical Center, L.L.C. d/b/a Doctors' Hospital of
      __Michigan__ _____

                                         Debtor(s)

Case No. _____

Chapter     __11__ _____

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

■    **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:    **S 6 Holdings, LLC** _____

Address:    **4197 Strathdale Lane**
                    **West Bloomfield, MI 48322** _____

Name:    **Yatinder M. Singhal, M.D.** _____

Address:    **43368 Woodward Avenue**
                    **Suite 102**
                    **Bloomfield Hills, MI 48302** _____

**(For additional names, attach an addendum to this form)**

☐    **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:    __July 22, 2015__ _____

**/s/ John Ponczocha** _____
Signature of Authorized Individual
For Corporation Debtor

**John Ponczocha** _____
Print Name

**Chief Executive Officer** _____
Title

## LIST OF EQUITY SECURITY HOLDERS

| Legal Name | Class | Total Units | % of Total | % of Class |
|---|---|---|---|---|
| **PRIMARY CARE** | | | | |
| Talia Ahmad | A | 2.00 | 0.24 | 2.17 |
| Ray Breintenbach | A | 20.00 | 2.43 | 21.74 |
| Philip Durocher | A | 1.00 | 0.12 | 1.09 |
| Nikhil Hemady | A | 2.00 | 0.24 | 2.17 |
| Samba Jung | A | 1.00 | 0.12 | 1.09 |
| Riyadh P. Kasmikha | A | 20.00 | 2.43 | 21.74 |
| Anuj Mittal | A | 4.00 | 0.49 | 4.35 |
| Mark Richter | A | 2.00 | 0.24 | 2.17 |
| Colleen Sheehan | A | 1.00 | 0.12 | 1.09 |
| Prakash N. Sanghvi | A | 8.00 | 0.97 | 8.70 |
| Raouf Seifeldin | A | 30.00 | 3.65 | 32.61 |
| Kingsley A. Thomas | A | 1.00 | 0.12 | 1.09 |
| **TOTAL CLASS A** | | **92.00** | **11.19** | **100.00** |
| **SPECIALIST PHYSICIANS** | | | | |
| Kewel Aggarwal | B | 1.00 | 0.12 | 0.19 |
| Todd T. Best | B | 1.00 | 0.12 | 0.19 |
| Maria Delewsky | B | 2.00 | 0.24 | 0.38 |
| Jeffrey Greski | B | 1.00 | 0.12 | 0.19 |
| Sandeep Garg | B | 1.00 | 0.12 | 0.19 |
| William E. Hill | B | 2.00 | 0.24 | 0.38 |
| Mazher Hussain | B | 1.00 | 0.12 | 0.19 |
| James E. Honet | B | 2.00 | 0.24 | 0.38 |

| Legal Name | Class | Total Units | % of Total | % of Class |
|---|---|---|---|---|
| Abdul R. Hasan | B | 10.00 | 1.22 | 1.92 |
| Hamgir Khan | B | 1.00 | 0.12 | 0.19 |
| Suha Kassab | B | 3.00 | 0.36 | 0.58 |
| CAT Scan Center (Khalid) | B | 15.00 | 1.82 | 2.88 |
| Todd E. Lininger | B | 1.50 | 0.18 | 0.29 |
| Anuj Mittal | A | 50.00 | 6.08 | 54.35 |
| Alan Mindlin | B | 2.00 | 0.24 | 0.38 |
| Thomas Mathew | B | 5.00 | 0.61 | 0.96 |
| Hazem Nassif | B | 4.00 | 0.49 | 0.77 |
| Annamma Pullukat | B | 1.00 | 0.12 | 0.19 |
| Robert Phillips | B | 4.00 | 0.49 | 0.77 |
| Phanh H. Phan | B | 1.00 | 0.12 | 0.19 |
| Ahmad Samhouri | B | 1.00 | 0.12 | 0.19 |
| Marvin Siegel | B | 1.00 | 0.12 | 0.19 |
| Michael T. Siegel | B | 1.00 | 0.12 | 0.19 |
| Michael Short | B | 50.00 | 6.08 | 9.61 |
| Yatinder Singhal | B | 231.00 | 28.09 | 44.38 |
| Ashish Tewari | B | 61.00 | 7.42 | 11.72 |
| Toufic K. Wehbe | B | 1.00 | 0.12 | 0.19 |
| Bashar G. Yaldo | B | 1.00 | 0.12 | 0.19 |
| Surindar Jolly (Shree Investments) | B | 65.00 | 7.90 | 12.49 |
| **TOTAL CLASS B** | | **520.50** | **63.28** | **100.00** |
| **GENERAL** | | | | |
| Gangaben Patel | C | 10.00 | 1.22 | 100.00 |
| **TOTAL CLASS B** | | **10.00** | **1.22** | **100.00** |

| Legal Name | Class | Total Units | % of Total | % of Class |
|---|---|---|---|---|
| **INSTITUTIONAL** | | | | |
| S6 Holdings, LLC | D | 100.00 | 12.16 | 50.00 |
| LLC | D | 100.00 | 12.16 | 50.00 |
| **TOTAL CLASS B** | | 200.00 | 24.32 | 100.00 |
| **GRAND TOTALS** | | 822.50 | 100.00 | |