UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Case No. 15-51011-ws

**OAKLAND PHYSICIANS MEDICAL CENTER, LLC,**      Chapter 11

    Debtor.
_____/     Hon. Walter Shapero

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Rajinder Grewal, M.D.
547 Bedlington Drive
Rochester Hills, Michigan 48307
248-821-9881 (Telephone)
rajgrewalmd@yahoo.com

Prakash N. Sanghvi, M.D.
2111 Orchard Lake Road
Sylvan Lake, Michigan 48320
248-451-1092(Telephone)
amitej@aol.com

Amarjeet Sethi, M.D.
4566 Wabeek Forest Drive
Bloomfield Hills, MI 48302
248-910-5805(Telephone)
Doc_Sethi@hotmail.com

Surindar K. Jolly
4020 Venoy Road, Suite 800
Wayne, Michigan 48184
248-535-2550(Telephone)
drjollymd@yahoo.com

N Squared, LLC
Attn: Naveen Nandakumar
30700 Telegraph Rd. Suite 1645
Bingham Farms, MI 48323
248-283-1100 (Telephone)
nvn@jjmedsys.com

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By    /s/ Leslie K. Berg
Leslie.K.Berg@usdoj.gov
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7950

Dated: September 21, 2015