UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

OAKLAND PHYSICIANS MEDICAL                    Case No. 15-51011-WSD
CENTER, LLC                                   Chapter 11
                                              Hon. Walter Shapero
        Debtor. 2:15 cv 13820
_____/

**STATEMENT OF CONSENT TO ENTRY OF STIPULATED ORDER AMENDING
ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
REIBURSEMENT OF EXPENSES FOR PROFESSIONALS**

        The undersigned have reviewed the Stipulated Order Amending Order Establishing

Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals and

approves same.

DANIEL M. McDERMOTT
UNITED STATES TRUSTEE

 /S/ Leslie K. Berg                               /S/ Stephen P. Stella
Leslie K. Berg, Trial Attorney                   Stephen P. Stella (P33351)
United States Trustee's Office                   Attorney for Trustee
211 W. Fort Street, Ste. 700                     645 Griswold, Ste. 3466
Detroit, Michigan  48826                         Detroit, MI  48226
(313) 226-7950                                   (313) 962-6400
Leslie.K.Berg@usdoj.gov                          attorneystella@sszpc.com
Dated: 10-30-15                                  Dated: 10-30-15


 /S/ Gary Hansz                                   /S/ Edward T. Sable
CraigT. Mierzwa  (P72549)                         Edward T. Sable (P54956)
Gary A. Hansz (P44956)                            Attorney for Sant Partners, LLC
Attorneys for the Creditors Committee            660 Woodward Ave., Ste. 2290
37000 Woodward Ave., Ste. 250                    Detroit, MI  48226
Bloomfield Hills, MI  48304-0942                 (313) 465-7548
(248) 720-0290                                    tsable@honigman.com
cmierzwa@simonattys.com                          Dated: 10-30-15
ghansz@simonattys.com
Dated: 10-30-15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| OAKLAND PHYSICIANS MEDICAL CENTER, L.L.C., | Case No. 15-51011-WSD |
| D/B/A DOCTORS' HOSPITAL OF MICHIGAN, | Chapter 11 |
| Debtor. | Hon. Walter Shapero |

_____/

## STIPULATED ORDER AMENDING ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

This matter having come before the Court upon the stipulation of the attorneys for the Office of the United States Trustee, the Chapter 11 Trustee, the Official Unsecured Creditors Committee and the DIP Lender, Sant Partners, LLC; it appearing that on September 15, 2015, this Court entered its Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals ("Order") [Docket No. 122]; it further appearing that since the entry of the Order, Basil T. Simon was appointed Chapter 11 Trustee of the Debtor; it further appearing that the Chapter 11 Trustee and any professional employed by him should be included in the definition of "Professionals" as set forth in the Motion Of The Debtor For Entry Of An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals [Docket No. 74] with their compensation requests to be governed by the Order; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Order be and hereby is amended to include the Trustee and his professionals as "Professionals" under the Order;

**IT IS FURTHER ORDERED** that paragraph 2(a) of the Order is amended to provide that service of the monthly fee applications shall be accomplished upon all parties appearing through counsel via the CM/ECF filing system. All parties identified in the Order not appearing through counsel via the CM/ECF filing system shall be served as stated in the Order.