**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

|  |  |
|---|---|
| OAKLAND PHYSICIANS MEDICAL CENTER, L.L.C. d/b/a DOCTORS' HOSPITAL OF MICHIGAN, a Michigan Limited Liability Company, | Case No. 15-51011-wsd Chapter 11 |
| Debtor. | Hon. Walter Shapero |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that I served, via the Court's ECF system, the annexed documents, and

this certificate of service, on the other counsel in this case, on the date time-stamped on this

certificate of service.

/s/ S. S. Toll_____
Sheldon S. Toll