UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

OAKLAND PHYSICIANS MEDICAL
CENTER, LLC

    Debtor.
_____/

Case No. 15-51011-WSD
Chapter 11
Hon. Walter Shapero

## CHAPTER 11 TRUSTEE'S REPORT AND RECORMMENDATION PURSUANT TO 11 U.S.C. §1106(a)(5)

Basil T. Simon, Chapter 11 Trustee, states as follows for his report and recommendation pursuant to 11 U.S.C. §1106(a)(5):

1. Basil T. Simon is the duly appointed, acting and qualified Trustee of the above-referenced Debtor.

2. 11 U.S.C. §1106(a)(5) requires the Trustee, as soon as is practicable, to file a plan under 11 U.S.C. §1121 or file a report why the Trustee will not file a Plan.

3. The Trustee will not be filing a Plan in this case, at least at this time, for the reason that the estate lacks adequate financing resources to propose a feasible plan that is likely to be confirmed. Further, the Trustee has not been requested to file a plan by any person or entity with demonstrable financial resources to fund any plan. Finally, there have been three plans filed and noticed to creditors from which the creditors may vote to accept. The Trustee does not have the resources to offer more generous terms than any of the proposed plans.

4. As a result of the three plans being filed and noticed to creditors, the Trustee does not, at this time, recommend conversion of this case to a Chapter 7. Rather, it is in the best

P:\Antinette G\Wp\Oakland Physicians Medical Center\trustee's report.doc

15-51011-wsd    Doc 291    Filed 11/23/15    Entered 11/23/15 12:34:11    Page 1 of 3

interests of the creditors and the estate to see the proceeding through to potential confirmation on December 17, 2015.

RESPECTFULLY SUBMITTED,

By: /s/ Basil T. Simon
Basil T. Simon (P26340)
Chapter 11 Trustee
645 Griswold Street
Suite 3466
Detroit, MI 48226
(313) 962-6400
bsimon@sszpc.com

Dated: November 23, 2015

P:\Antinette G\Wp\Oakland Physicians Medical Center\trustee's report.doc

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| OAKLAND PHYSICIANS MEDICAL CENTER, L.L.C. d/b/a DOCTORS' HOSPITAL OF MICHIGAN, a Michigan limited liability company, | Case No. 15-51011-wsd<br><br>Chapter 11<br><br>Hon. Walter Shapero |
| Debtor. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, the Chapter 11 Trustee's Report And Recommendation Pursuant To 11 U.S.C. §1106(a)(5) was filed with the Court using the ECF system which will send notice of such filing to all interested parties registered to receive notice.

RESPECTFULLY SUBMITTED,

By:/s/ Basil T. Simon
Basil T. Simon (P26340)
Chapter 11 Trustee
645 Griswold Street
Suite 3466
Detroit, MI 48226
(313) 962-6400
bsimon@sszpc.com

Dated: November 23, 2015

P:\Antinette G\Wp\Oakland Physicians Medical Center\trustee's report.doc