# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

OAKLAND PHYSICIANS MEDICAL             Case No. 15-51011-ws
CENTER, L.L.C. d/b/a DOCTORS'            Chapter 11
HOSPITAL OF MICHIGAN, a Michigan
limited liability company,

           Debtor.            Hon. Walter Shapero
_____/

## CERTIFICATION OF UPSHOT SERVICES LLC REGARDING TABULATION OF VOTES IN CONNECTION WITH THE SECOND AMENDED PLAN OF REORGANIZATION OF THE DEBTOR
## DATED NOVEMBER 2, 2015

I, Robert Q. Klamser, depose and say under the penalty of perjury:

1. I am the President of UpShot Services LLC ("UpShot"), which has offices located at 8269 E. 23rd Avenue, Suite 275, Denver, Colorado 80238. I am over the age of eighteen years and neither I nor UpShot are parties to these proceedings. I am duly authorized to submit this amended certification on behalf of UpShot (the "Certification"). Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I submit this Certification in connection with the tabulation of votes to accept or reject the following chapter 11 plans filed in the above-captioned case (collectively referred to as the "Plans"):

  1) Second Amended Combined Disclosure Statement and Plan of Reorganization Proposed by Save the Hospital Group (D.I. 266) (the "Save the Hospital Plan");

  2) Second Amended Combined Disclosure Statement and Plan of Reorganization of Oakland Physicians Medical Center, LLC Proposed by Sant Partners, LLC (D.I. 268) (the "Sant Plan")[1]; and

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sant Plan

3) First Amended Combined Disclosure Statement and Plan of Reorganization of Oakland Physicians Medical Center, LLC Proposed by Allied Global Consulting, Inc. (D.I. 272) (the "Allied Plan").

3. On November 18, 2015, the Court entered the *Order Authorizing Basil T. Simon to Retain UpShot Services LLC as Claims, Noticing and Balloting Agent for the Trustee* (D.I. 281), designating UpShot as the official Balloting Agent for the Trustee.

4. On November 18, 2015, the Court entered the *Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Competing Plans and Granting Related Relief* (D.I. 276) (the "Solicitation Procedures Order").

5. Pursuant to the Solicitation Procedures Order, and in accordance with the Solicitation and Voting Procedures, UpShot worked with the Trustee to solicit votes for the Plans and to tabulate ballots of creditors entitled to vote on the Plans.

6. On November 20, 2015, pursuant to the Solicitation Procedures Order, UpShot served the Solicitation Packages (as defined in the Certificate of Service regarding the solicitation materials (D.I. 294)), and other solicitation materials. An affidavit evidencing UpShot's service of the foregoing was filed with the Court on November 24, 2015 (D.I. 294), which more fully describes the solicitation process and is incorporated by reference as though set forth herein.

7. The Solicitation Procedures Order established November 12, 2015 as the Record Date for determining which Holders of Claims were entitled to receive Solicitation Packages and, where applicable, vote on the Plans.

8. The Plans designated Class 3 (Crittenton Secured Claims), Class 4 (CMS Overpayment Claims), Class 5 (Michigan Overpayment Claims), Class 6 (WRC Secured Claims),

and Class 7 (General Unsecured Claims) (the "Voting Class") as impaired and such classes were entitled to vote on the Plans.

9. Using the information outlined above, and with specific guidance and approval from the Trustee, UpShot created a voting database ("Database") reflecting the names of potential holders of Claims, addresses, voting amounts and classifications of Claims in the Voting Classes.

10. Using its Database, UpShot generated Ballots for holders of Claims entitled to vote to accept or reject the Plans. The Solicitation Procedures Order established December 11, 2015 at 4:30 p.m. Eastern Time as the deadline by which all Ballots were to have been received by UpShot in order to be counted as a valid vote to accept or reject the Plans (the "Voting Deadline").

11. Pursuant to the Solicitation Procedures and in accordance with the Solicitation and Voting Procedures approved thereby, UpShot received and tabulated the Ballots as follows:

   a. Each returned Ballot was opened and/or inspected at UpShot's offices;
   b. Ballots were date-stamped upon receipt; and
   c. All Ballots received were then tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures Order.

12. In order for a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation and Voting Procedures, including the requirement that the ballot be properly completed, executed by the holder of the Claim (or such holder's authorized representative) and received by UpShot on or before the Voting Deadline. Ballots that did not comply with the Solicitation and Voting Procedures were not counted. All Ballots that complied with the Solicitation and Voting Procedures were tabulated in accordance with such procedures, which were not modified in any respect.

13. I hereby certify that attached hereto as **Exhibit A** to this Certification is a true and correct copy of the final tabulation of acceptable votes, on a plan by plan basis, cast by timely and properly completed Ballots received by UpShot.

14. I hereby certify that attached hereto as **Exhibit B** is a detailed voting report of all acceptable, timely filed Ballots, on a class by class basis, submitted to and tabulated by UpShot as of the Voting Deadline.

15. I hereby certify that attached hereto as **Exhibit C** is a detailed voting report of all invalid Ballots submitted to and received by UpShot.

16. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plans is true and correct.

Dated: December 15, 2015

_/s/ Robert Q. Klamser_
Robert Q. Klamser

State of Colorado )
                        ) SS.
Country of Denver )

Subscribed and sworn before me (or affirmed before me) this 15th day of December, 2015 by Robert Q. Klamser.

_/s/ Vandell_
(Notary's official signature)

NANCY MAE VANDELL
NOTARY PUBLIC - STATE OF COLORADO
My Identification # 20134042399
Expires July 11, 2017

4

15-51011-wsd    Doc 362    Filed 12/15/15    Entered 12/15/15 14:16:25    Page 4 of 13

# EXHIBIT A
*Tabulation Summary of All
Acceptable Ballots Received*

**EXHIBIT A**
*Tabulation Summary of All
Acceptable Ballots Received*

| | Sant Plan Voting Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Votes to Accept | % | $ to Accept | % | Votes to Reject | % | $ to Reject | % |
| Class 3 | 1 | 100.0% | $ 650,000.00 | 100.0% | 0 | 0.0% | $ - | 0.0% |
| Class 4 | 0 | 0.0% | $ - | 0.0% | 0 | 0.0% | $ - | 0.0% |
| Class 5 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 1,885,475.00 | 100.0% |
| Class 6 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 794,265.51 | 100.0% |
| Class 7 | 33 | 57.9% | $ 7,067,065.58 | 65.6% | 24 | 42.1% | $ 3,704,187.21 | 34.4% |

| | Save the Hospital Plan Voting Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Votes to Accept | % | $ to Accept | % | Votes to Reject | % | $ to Reject | % |
| Class 3 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 375,000.00 | 100.0% |
| Class 4 | 0 | 0.0% | $ - | 0.0% | 0 | 0.0% | $ - | 0.0% |
| Class 5 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 1,885,475.00 | 100.0% |
| Class 6 | 1 | 100.0% | $ 794,265.51 | 100.0% | 0 | 0.0% | $ - | 0.0% |
| Class 7 | 27 | 45.8% | $ 3,799,487.12 | 49.9% | 32 | 54.2% | $ 3,817,404.74 | 50.1% |

| | Allied Plan Voting Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Votes to Accept | % | $ to Accept | % | Votes to Reject | % | $ to Reject | % |
| Class 3 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 500,000.00 | 100.0% |
| Class 4 | 0 | 0.0% | $ - | 0.0% | 0 | 0.0% | $ - | 0.0% |
| Class 5 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 1,885,475.00 | 100.0% |
| Class 6 | 0 | 0.0% | $ - | 0.0% | 1 | 100.0% | $ 794,265.51 | 100.0% |
| Class 7 | 4 | 7.1% | $ 24,939.42 | 0.2% | 52 | 92.9% | $ 10,803,425.63 | 99.8% |

| | Plan Preference | | | |
|---|---|---|---|---|
| | Votes | % | Dollars | % |
| Sant Plan | 30 | 55.6% | $ 7,028,366.27 | 60.8% |
| Save the Hospital Plan | 23 | 42.6% | $ 4,520,587.89 | 39.1% |
| Allied Plan | 1 | 1.9% | $ 6,000.00 | 0.1% |

# EXHIBIT B
*Detailed Report of All
Acceptable Ballots*

| Class 3 - Crittenton Secured Claims | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | CRITTENTON | 12/3/2015 | $ 650,000.00 | Accept | $ 375,000.00 | Reject | $ 500,000.00 | Reject | Sant | |

| Class 4 - CMS Overpayment Claims | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES | 12/10/2015 | $ 1,885,475.00 | Reject | $ 1,885,475.00 | Reject | $ 1,885,475.00 | Reject | No Response | |

| Class 6 - WRC Secured Claims | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | OAKLAND COUNTY - WRC | 12/10/2015 | $ 794,265.51 | Reject | $ 794,265.51 | Accept | $ 794,265.51 | Reject | Save the Hospital | |

| Class 7 - General Unsecured Claims | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 3 | 4D PHARMACY MGT SYSTEMS | 12/30/2015 | $ 4,909.45 | Accept | $ 4,909.45 | Reject | $ 4,909.45 | No Response | Sant | |
| 54 | AJ ANESTHESIA, INC. | 12/11/2015 | $ 683,000.00 | Accept | $ 683,000.00 | Reject | $ 683,000.00 | Reject | No Response | Electronic signature adpoted by creditor accepted by UpShot[1,2] |
| 63 | ALAN MINDLIN, MD | 12/11/2015 | $ 300.00 | Accept | $ 300.00 | Reject | $ 300.00 | Reject | No Response | |
| 37 | ALEXANDER T. DUKAY | 12/10/2015 | $ 950.00 | Accept | $ 950.00 | Accept | $ 950.00 | Reject | Sant | |
| 32 | AMARJEET SETHI | 12/9/2015 | $ 148,807.40 | Reject | $ 148,807.40 | Accept | $ 148,807.40 | Reject | Save the Hospital | |
| 56 | ANGELA JOSEPH | 12/11/2015 | $ 7,000.00 | Accept | $ 7,000.00 | Reject | $ 7,000.00 | Reject | No Response | |
| 17 | ANUJ MITTAL, DR. | 12/7/2015 | $ 6,553.61 | Reject | $ 6,553.61 | Accept | $ 6,553.61 | Reject | Save the Hospital | |
| 26 | ANUJ MITTAL, DR. | 12/8/2015 | $ 270,432.68 | Reject | $ 270,432.68 | Accept | $ 270,432.68 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 17 and tabulated as a single ballot for numerosity |
| 51 | ASHOK GUPTA, MD | 12/11/2015 | $ 1,000.00 | Accept | $ 1,000.00 | Reject | $ 1,000.00 | Reject | Sant | |
| 18 | CARAVAN FACILITIES MANAGEMENT, L.L.C. | 12/7/2015 | $ 48,818.82 | Accept | $ 48,818.82 | Accept | $ 48,818.82 | Reject | Sant | |
| 1 | CHAPMAN LAW GROUP,P.C. | 11/30/2015 | $ 7,923.81 | Accept | $ 7,923.81 | Accept | $ 7,923.81 | Reject | Save the Hospital | |
| 39 | CRANE ROOFING, INC. | 12/10/2015 | $ 1,774.00 | Reject | $ 1,774.00 | Accept | $ 1,774.00 | Reject | Save the Hospital | |
| 8 | CRITTENTON | 12/3/2015 | $ 3,187,978.29 | Accept | $ - | Reject | $ 3,250,000.00 | Reject | Sant | |
| 28 | CURBELL MEDICAL PRODUCTS, INC. | 12/9/2015 | $ 1,031.63 | Reject | $ 1,031.63 | Accept | $ 1,031.63 | Reject | Save the Hospital | |
| 64 | DOSHI NITIN, MD | 12/11/2015 | $ 4,614.02 | Accept | $ 4,614.02 | Reject | $ 4,614.02 | Reject | Sant | |
| 9 | DOUGLAS MARKETING GROUP, LLC | 12/4/2015 | $ 6,325.99 | Reject | $ 6,325.99 | Accept | $ 6,325.99 | Reject | Save the Hospital | |
| 52 | DTE ENERGY | 12/11/2015 | $ 260,615.44 | Reject | $ 260,615.44 | Accept | $ 260,615.44 | Reject | Save the Hospital | |
| 44 | EURO-PEDS FOUNDATION | 12/11/2015 | $ 5,000.00 | Accept | $ 5,000.00 | Reject | $ 5,000.00 | Reject | Sant | |
| 57 | FAISAL SHAREEFUDDIN, M.D. | 12/11/2015 | $ 6,000.00 | Accept | $ 6,000.00 | Reject | $ 6,000.00 | Reject | Sant | |
| 6 | GE HEALTHCARE OEC | 12/2/2015 | $ 7,112.92 | Accept | $ 7,112.92 | Accept | $ 7,112.92 | Accept | Sant | |
| 62 | GLOBAL HEALTH ORGANIZATION CONSULTING INC as assignee of C & G NEWSPAPERS | 12/11/2015 | $ 931.00 | Reject | $ 931.00 | Reject | $ 931.00 | Reject | No Response | |
| 61 | GLOBAL HEALTH ORGANIZATION CONSULTING INC as assignee of DOVER GREASE TRAP & DRAIN CLEANING INC. | 12/11/2015 | $ 268.00 | Reject | $ 268.00 | Reject | $ 268.00 | Reject | No Response | |
| 16 | GOODMAN ACKER, PC | 12/7/2015 | $ 7,500.00 | Reject | $ 7,500.00 | Accept | $ 7,500.00 | Reject | Save the Hospital | |
| 14 | GREAT OAKS PHYSICIANS INVESTMENT | 12/5/2015 | $ 43,000.00 | Accept | $ 43,000.00 | Reject | $ 43,000.00 | Reject | Sant | Electronic signature adpoted by creditor accepted by UpShot[1] |
| 29 | GUPTA BRISINDER | 12/9/2015 | $ 10,000.00 | Reject | $ 10,000.00 | Accept | $ 10,000.00 | Reject | Save the Hospital | |
| 22 | GURMAN MINHAS, MD | 12/8/2015 | $ 600.00 | Reject | $ 600.00 | Accept | $ 600.00 | Reject | Save the Hospital | |
| 10 | HALLMARK HEALTH SERVICES, INC. | 12/4/2015 | $ 25,000.00 | Reject | $ 25,000.00 | Accept | $ 25,000.00 | Reject | Save the Hospital | |
| 40 | HERBERT L. ISAAC, II, MD | 12/10/2015 | $ 3,570.00 | Accept | $ 3,570.00 | Reject | $ 3,570.00 | Reject | Sant | |
| 55 | JUNAED HAQ, MD | 12/11/2015 | $ 11,000.00 | Accept | $ 11,000.00 | Reject | $ 11,000.00 | Reject | Sant | |

| Class 7 - General Unsecured Claims | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 11 | LABORATORY CORPORATION OF AMERICA HOLDINGS, C/O JOHNSON LEGAL NETWORK PLLC | 12/4/2015 | $ 82,524.90 | Reject | $ 82,524.90 | Accept | $ 82,524.90 | Reject | Save the Hospital | |
| 33 | LAURA RICHARDS | 12/9/2015 | $ 10,000.00 | No Response | $ 10,000.00 | No Response | $ 10,000.00 | No Response | Sant | |
| 35 | LAW OFFICES OF MELVIN M RAZNICK, PC | 12/10/2015 | $ 11,883.00 | No Response | $ 11,883.00 | Accept | $ 11,883.00 | No Response | No Response | |
| 58 | MARK H. RICHTER, MD | 12/11/2015 | $ 1,666.66 | Accept | $ 1,666.66 | Reject | $ 1,666.66 | Reject | Sant | |
| 4 | MED DIRECT | 12/1/2015 | $ 475.50 | Accept | $ 475.50 | Accept | $ 475.50 | Reject | Save the Hospital | |
| 30 | MICHAEL SHORT, MD | 12/9/2015 | $ 851,377.80 | Reject | $ 851,377.80 | Accept | $ 851,377.80 | Reject | Save the Hospital | |
| 31 | MICHAEL SHORT, T/R | 12/9/2015 | $ 101,000.00 | Reject | $ 101,000.00 | Accept | $ 101,000.00 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 30 and tabulated as a single ballot for numerosity |
| 48 | MICHIGAN DEPARTMENT OF COMMUNITY HEALTH | 12/11/2015 | $ - | Reject | $ - | Reject | $ - | Reject | No Response | |
| 60 | MID-SOUTH TELECOM, LLC | 12/11/2015 | $ 1,335.60 | Accept | $ 1,335.60 | Reject | $ 1,335.60 | Accept | Sant | |
| 53 | MIDWEST LEGAL PARTNERS, PLLC | 12/11/2015 | $ 5,500.00 | Reject | $ 5,500.00 | Accept | $ 5,500.00 | Reject | Save the Hospital | |
| 27 | MIKRON DIGITAL IMAGING MIDWEST | 12/9/2015 | $ 4,400.00 | Accept | $ 4,400.00 | Accept | $ 4,400.00 | Reject | Sant | |
| 34 | N SQUARED, LLC | 12/10/2015 | $ 18,393.14 | Accept | $ 18,393.14 | Reject | $ 18,393.14 | Reject | Sant | |
| 25 | NEXTSERVICES, INC. | 12/8/2015 | $ 10,490.90 | Reject | $ 10,490.90 | Accept | $ 10,490.90 | Accept | Save the Hospital | |
| 38 | PIONEER MICROGRAPHIX, INC. | 12/10/2015 | $ 61,332.05 | Reject | $ 61,332.05 | Accept | $ 61,332.05 | Reject | Save the Hospital | |
| 19 | POSITIVE PROMOTIONS | 12/7/2015 | $ 1,319.23 | Accept | $ 1,319.23 | Reject | $ 1,319.23 | Reject | Sant | |
| 65 | PREETI WADHWA, MD | 12/11/2015 | $ 600.00 | Accept | $ 600.00 | Reject | $ 600.00 | Reject | Sant | |
| 46 | RAJINDER GREWAL, MD | 12/11/2015 | $ 1,920.00 | Accept | $ 1,920.00 | Reject | $ 1,920.00 | Reject | Sant | |
| 66 | RAOUF SEIFELDIN, MD | 12/11/2015 | $ 42,085.52 | Accept | $ 42,085.52 | Reject | $ 42,085.52 | Reject | Sant | |
| 42 | RAY BREITENBACH, MD | 12/11/2015 | $ 480.00 | Accept | $ 480.00 | Reject | $ 480.00 | Reject | Sant | |
| 49 | RIYADH KASMIKHA, MD | 12/11/2015 | $ 475,138.47 | Reject | $ 475,138.47 | Accept | $ 475,138.47 | Reject | Save the Hospital | |
| 50 | RIYADH P. KASMIKHA MD PC | 12/11/2015 | $ 2,500.00 | Reject | $ 2,500.00 | Accept | $ 2,500.00 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 49 and tabulated as a single ballot for numerosity |
| 7 | SANJAY JOLLY | 12/2/2015 | $ 57,987.65 | Accept | $ 57,987.65 | Reject | $ 57,987.65 | Reject | Sant | |
| 23 | SEIFELDIN RAOUF - C/C | 12/8/2015 | $ 35,355.84 | Accept | $ 35,355.84 | Reject | $ 35,355.84 | Reject | Sant | Dollar vote aggregated with Ballot 66 and tabulated as a single ballot for numerosity |
| 24 | SHAMBAUGH & SON | 12/8/2015 | $ 21,734.36 | No Response | $ 21,734.36 | Accept | $ 21,734.36 | No Response | Save the Hospital | |
| 12 | SHREE INVESTMENT GROUP L/I | 12/5/2015 | $ 1,461,177.11 | Accept | $ 1,461,177.11 | Reject | $ 1,461,177.11 | Reject | Sant | Electronic signature adopted by creditor accepted by UpShot[1] |
| 15 | SILVERMAN & MORRIS, P.L.L.C. | 12/7/2015 | $ 3,271.75 | Reject | $ 3,271.75 | Accept | $ 3,271.75 | Reject | Save the Hospital | |
| 2 | SPARTAN X-RAY, INC. | 12/30/2015 | $ 4,196.82 | Reject | $ 4,196.82 | Accept | $ 4,196.82 | Reject | Save the Hospital | |
| 47 | STATE OF MICHIGAN | 12/11/2015 | $ 799.50 | Reject | $ 799.50 | Reject | $ 799.50 | Reject | No Response | |
| 13 | SURINDAR JOLLY, MD | 12/5/2015 | $ 1,254,575.13 | Accept | $ 1,254,575.13 | Reject | $ 1,254,575.13 | Reject | Sant | |
| 21 | UAW LOCAL 9699 | 12/8/2015 | $ 9,933.74 | Accept | $ 9,933.74 | Reject | $ 9,933.74 | Reject | Sant | |
| 45 | USAMA GABR, M.D. | 12/11/2015 | $ 560.00 | Accept | $ 560.00 | Reject | $ 560.00 | Reject | Sant | |
| 5 | WHEELER ASSOCIATES, PLC | 12/1/2015 | $ 6,000.00 | Reject | $ 6,000.00 | Reject | $ 6,000.00 | Accept | Allied | |
| 43 | WILLIAM E. HILL, MD, L/I | 12/11/2015 | $ 139,983.15 | Accept | $ 139,983.15 | Reject | $ 139,983.15 | Reject | Sant | |
| 20 | YATINDER SINGHAL, MD | 12/7/2015 | $ 1,360,215.27 | Reject | $ 1,360,215.27 | Accept | $ 1,360,215.27 | Reject | Save the Hospital | |
| 36 | YVAN SILVA, MD | 12/10/2015 | $ 12,640.00 | Accept | $ 12,640.00 | Reject | $ 12,640.00 | Reject | Sant | |

1 - The electronic balloting platform utilized by UpShot Services (the "Platform") requires that parties agree to the following language prior to submitting their signature: "By selecting Adopt and Sign, I agree that the signature and initials will be the electronic representation of my signature and initials for all purposes when I (or my agent) use them on documents, including legally binding contracts - just the same as a pen-and-paper signature or initial."

2 - The Platform requires that parties adopt an electronic signature by selecting a preset font or drawing an image of a signature with a mouse or other input device. AJ Anesthesia Inc. chose to draw an image and adopted two small marks as their signature.

**EXHIBIT B**
*Detailed Report of All Acceptable Ballots by Number*

| Class 3 - Crittenton Secured Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | CRITTENTON | 12/3/2015 | $ 650,000.00 | Accept | $ 375,000.00 | Reject | $ 500,000.00 | Reject | Sant | |

| Class 4 - CMS Overpayment Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES | 12/10/2015 | $ 1,885,475.00 | Reject | $ 1,885,475.00 | Reject | $ 1,885,475.00 | Reject | No Response | |

| Class 6 - WRC Secured Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | OAKLAND COUNTY - WRC | 12/10/2015 | $ 794,265.51 | Reject | $ 794,265.51 | Accept | $ 794,265.51 | Reject | Save the Hospital | |

| Class 7 - General Unsecured Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 1 | CHAPMAN LAW GROUP, P.C. | 11/30/2015 | $ 7,923.81 | Accept | $ 7,923.81 | Accept | $ 7,923.81 | Reject | Save the Hospital | |
| 2 | SPARTAN X-RAY, INC. | 12/30/2015 | $ 4,196.82 | Reject | $ 4,196.82 | Accept | $ 4,196.82 | Reject | Save the Hospital | |
| 3 | 4D PHARMACY MGT SYSTEMS | 12/30/2015 | $ 4,909.45 | Accept | $ 4,909.45 | Reject | $ 4,909.45 | No Response | Sant | |
| 4 | MED DIRECT | 12/1/2015 | $ 475.50 | Accept | $ 475.50 | Accept | $ 475.50 | Reject | Save the Hospital | |
| 5 | WHEELER ASSOCIATES, PLC | 12/1/2015 | $ 6,000.00 | Reject | $ 6,000.00 | Reject | $ 6,000.00 | Accept | Allied | |
| 6 | GE HEALTHCARE OEC | 12/2/2015 | $ 7,112.92 | Accept | $ 7,112.92 | Accept | $ 7,112.92 | Accept | Sant | |
| 7 | SANJAY JOLLY | 12/2/2015 | $ 57,987.65 | Accept | $ 57,987.65 | Reject | $ 57,987.65 | Reject | Sant | |
| 8 | CRITTENTON | 12/3/2015 | $ 3,187,978.29 | Accept | $ - | Reject | $ 3,250,000.00 | Reject | Sant | |
| 9 | DOUGLAS MARKETING GROUP, LLC | 12/4/2015 | $ 6,325.99 | Reject | $ 6,325.99 | Accept | $ 6,325.99 | Reject | Save the Hospital | |
| 10 | HALLMARK HEALTH SERVICES, INC. | 12/4/2015 | $ 25,000.00 | Reject | $ 25,000.00 | Accept | $ 25,000.00 | Reject | Save the Hospital | |
| 11 | LABORATORY CORPORATION OF AMERICA HOLDINGS, C/O JOHNSON LEGAL NETWORK PLLC | 12/4/2015 | $ 82,524.90 | Reject | $ 82,524.90 | Accept | $ 82,524.90 | Reject | Save the Hospital | |
| 12 | SHREE INVESTMENT GROUP L/I | 12/5/2015 | $ 1,461,177.11 | Accept | $ 1,461,177.11 | Reject | $ 1,461,177.11 | Reject | Sant | Electronic signature adpoted by creditor accepted by UpShot[1] |
| 13 | SURINDAR JOLLY, MD | 12/5/2015 | $ 1,254,575.13 | Accept | $ 1,254,575.13 | Reject | $ 1,254,575.13 | Reject | Sant | |
| 14 | GREAT OAKS PHYSICIANS INVESTMENT | 12/5/2015 | $ 43,000.00 | Accept | $ 43,000.00 | Reject | $ 43,000.00 | Reject | Sant | Electronic signature adpoted by creditor accepted by UpShot[1] |
| 15 | SILVERMAN & MORRIS, P.L.L.C. | 12/7/2015 | $ 3,271.75 | Reject | $ 3,271.75 | Accept | $ 3,271.75 | Reject | Save the Hospital | |
| 16 | GOODMAN ACKER, PC | 12/7/2015 | $ 7,500.00 | Reject | $ 7,500.00 | Accept | $ 7,500.00 | Reject | Save the Hospital | |
| 17 | ANUJ MITTAL, DR. | 12/7/2015 | $ 6,553.61 | Reject | $ 6,553.61 | Accept | $ 6,553.61 | Reject | Save the Hospital | |
| 18 | CARAVAN FACILITIES MANAGEMENT, L.L.C. | 12/7/2015 | $ 48,818.82 | Accept | $ 48,818.82 | Accept | $ 48,818.82 | Reject | Sant | |
| 19 | POSITIVE PROMOTIONS | 12/7/2015 | $ 1,319.23 | Accept | $ 1,319.23 | Reject | $ 1,319.23 | Reject | Sant | |
| 20 | YATINDER SINGHAL, MD | 12/7/2015 | $ 1,360,215.27 | Reject | $ 1,360,215.27 | Accept | $ 1,360,215.27 | Reject | Save the Hospital | |
| 21 | UAW LOCAL 9699 | 12/8/2015 | $ 9,933.74 | Accept | $ 9,933.74 | Reject | $ 9,933.74 | Reject | Sant | |
| 22 | GURMAN MINHAS, MD | 12/8/2015 | $ 600.00 | Reject | $ 600.00 | Accept | $ 600.00 | Reject | Save the Hospital | |
| 23 | SEIFELDIN RAOUF - C/C | 12/8/2015 | $ 35,355.84 | Accept | $ 35,355.84 | Reject | $ 35,355.84 | Reject | Sant | Dollar vote aggregated with Ballot 66 and tabulated as a single ballot for numerosity |
| 24 | SHAMBAUGH & SON | 12/8/2015 | $ 21,734.36 | No Response | $ 21,734.36 | Accept | $ 21,734.36 | No Response | Save the Hospital | |
| 25 | NEXTSERVICES, INC. | 12/8/2015 | $ 10,490.90 | Reject | $ 10,490.90 | Accept | $ 10,490.90 | Accept | Save the Hospital | |
| 26 | ANUJ MITTAL, DR. | 12/8/2015 | $ 270,432.68 | Reject | $ 270,432.68 | Accept | $ 270,432.68 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 17 and tabulated as a single ballot for numerosity |
| 27 | MIKRON DIGITAL IMAGING MIDWEST | 12/9/2015 | $ 4,400.00 | Accept | $ 4,400.00 | Accept | $ 4,400.00 | Reject | Sant | |
| 28 | CURBELL MEDICAL PRODUCTS, INC. | 12/9/2015 | $ 1,031.63 | Reject | $ 1,031.63 | Accept | $ 1,031.63 | Reject | Save the Hospital | |
| 29 | GUPTA BRISINDER | 12/9/2015 | $ 10,000.00 | Reject | $ 10,000.00 | Accept | $ 10,000.00 | Reject | Save the Hospital | |
| 30 | MICHAEL SHORT, MD | 12/9/2015 | $ 851,377.80 | Reject | $ 851,377.80 | Accept | $ 851,377.80 | Reject | Save the Hospital | |

15-51011-wsd    Doc 362    Filed 12/15/15    Entered 12/15/15 14:16:25    Page 10 of 13

Page 3 of 4

| Class 7 - General Unsecured Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
| 31 | MICHAEL SHORT, T/R | 12/9/2015 | $ 101,000.00 | Reject | $ 101,000.00 | Accept | $ 101,000.00 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 30 and tabulated as a single ballot for numerosity |
| 32 | AMARJEET SETHI | 12/9/2015 | $ 148,807.40 | Reject | $ 148,807.40 | Accept | $ 148,807.40 | Reject | Save the Hospital | |
| 33 | LAURA RICHARDS | 12/9/2015 | $ 10,000.00 | No Response | $ 10,000.00 | No Response | $ 10,000.00 | No Response | Sant | |
| 34 | N SQUARED, LLC | 12/10/2015 | $ 18,393.14 | Accept | $ 18,393.14 | Reject | $ 18,393.14 | Reject | Sant | |
| 35 | LAW OFFICES OF MELVIN M RAZNICK, PC | 12/10/2015 | $ 11,883.00 | No Response | $ 11,883.00 | Accept | $ 11,883.00 | No Response | No Response | |
| 36 | YVAN SILVA, MD | 12/10/2015 | $ 12,640.00 | Accept | $ 12,640.00 | Reject | $ 12,640.00 | Reject | Sant | |
| 37 | ALEXANDER T. DUKAY | 12/10/2015 | $ 950.00 | Accept | $ 950.00 | Accept | $ 950.00 | Reject | Sant | |
| 38 | PIONEER MICROGRAPHIX, INC. | 12/10/2015 | $ 61,332.05 | Reject | $ 61,332.05 | Accept | $ 61,332.05 | Reject | Save the Hospital | |
| 39 | CRANE ROOFING, INC. | 12/10/2015 | $ 1,774.00 | Reject | $ 1,774.00 | Accept | $ 1,774.00 | Reject | Save the Hospital | |
| 40 | HERBERT L. ISAAC, II, MD | 12/10/2015 | $ 3,570.00 | Accept | $ 3,570.00 | Reject | $ 3,570.00 | Reject | Sant | |
| 42 | RAY BREITENBACH, MD | 12/11/2015 | $ 480.00 | Accept | $ 480.00 | Reject | $ 480.00 | Reject | Sant | |
| 43 | WILLIAM E. HILL, MD, L/I | 12/11/2015 | $ 139,983.15 | Accept | $ 139,983.15 | Reject | $ 139,983.15 | Reject | Sant | |
| 44 | EURO-PEDS FOUNDATION | 12/11/2015 | $ 5,000.00 | Accept | $ 5,000.00 | Reject | $ 5,000.00 | Reject | Sant | |
| 45 | USAMA GABR, M.D. | 12/11/2015 | $ 560.00 | Accept | $ 560.00 | Reject | $ 560.00 | Reject | Sant | |
| 46 | RAJINDER GREWAL, MD | 12/11/2015 | $ 1,920.00 | Accept | $ 1,920.00 | Reject | $ 1,920.00 | Reject | Sant | |
| 47 | STATE OF MICHIGAN | 12/11/2015 | $ 799.50 | Reject | $ 799.50 | Reject | $ 799.50 | Reject | No Response | |
| 48 | MICHIGAN DEPARTMENT OF COMMUNITY HEALTH | 12/11/2015 | $ - | Reject | $ - | Reject | $ - | Reject | No Response | |
| 49 | RIYADH KASMIKHA, MD | 12/11/2015 | $ 475,138.47 | Reject | $ 475,138.47 | Accept | $ 475,138.47 | Reject | Save the Hospital | |
| 50 | RIYADH P. KASMIKHA MD PC | 12/11/2015 | $ 2,500.00 | Reject | $ 2,500.00 | Accept | $ 2,500.00 | Reject | Save the Hospital | Dollar vote aggregated with Ballot 49 and tabulated as a single ballot for numerosity |
| 51 | ASHOK GUPTA, MD | 12/11/2015 | $ 1,000.00 | Accept | $ 1,000.00 | Reject | $ 1,000.00 | Reject | Sant | |
| 52 | DTE ENERGY | 12/11/2015 | $ 260,615.44 | Reject | $ 260,615.44 | Accept | $ 260,615.44 | Reject | Save the Hospital | |
| 53 | MIDWEST LEGAL PARTNERS, PLLC | 12/11/2015 | $ 5,500.00 | Reject | $ 5,500.00 | Accept | $ 5,500.00 | Reject | Save the Hospital | |
| 54 | AJ ANESTHESIA, INC. | 12/11/2015 | $ 683,000.00 | Accept | $ 683,000.00 | Reject | $ 683,000.00 | Reject | No Response | Electronic signature adpoted by creditor accepted by UpShot[1,2] |
| 55 | JUNAED HAQ, MD | 12/11/2015 | $ 11,000.00 | Accept | $ 11,000.00 | Reject | $ 11,000.00 | Reject | Sant | |
| 56 | ANGELA JOSEPH | 12/11/2015 | $ 7,000.00 | Accept | $ 7,000.00 | Reject | $ 7,000.00 | Reject | No Response | |
| 57 | FAISAL SHAREEFUDDIN, M.D. | 12/11/2015 | $ 6,000.00 | Accept | $ 6,000.00 | Reject | $ 6,000.00 | Reject | Sant | |
| 58 | MARK H. RICHTER, MD | 12/11/2015 | $ 1,666.66 | Accept | $ 1,666.66 | Reject | $ 1,666.66 | Reject | Sant | |
| 60 | MID-SOUTH TELECOM, LLC | 12/11/2015 | $ 1,335.60 | Accept | $ 1,335.60 | Reject | $ 1,335.60 | Accept | Sant | |
| 61 | GLOBAL HEALTH ORGANIZATION CONSULTING INC as assignee of DOVER GREASE TRAP & DRAIN CLEANING INC. | 12/11/2015 | $ 268.00 | Reject | $ 268.00 | Reject | $ 268.00 | Reject | No Response | |
| 62 | GLOBAL HEALTH ORGANIZATION CONSULTING INC as assignee of C & G NEWSPAPERS | 12/11/2015 | $ 931.00 | Reject | $ 931.00 | Reject | $ 931.00 | Reject | No Response | |
| 63 | ALAN MINDLIN, MD | 12/11/2015 | $ 300.00 | Accept | $ 300.00 | Reject | $ 300.00 | Reject | No Response | |
| 64 | DOSHI NITIN, MD | 12/11/2015 | $ 4,614.02 | Accept | $ 4,614.02 | Reject | $ 4,614.02 | Reject | Sant | |
| 65 | PREETI WADHWA, MD | 12/11/2015 | $ 600.00 | Accept | $ 600.00 | Reject | $ 600.00 | Reject | Sant | |
| 66 | RAOUF SEIFELDIN, MD | 12/11/2015 | $ 42,085.52 | Accept | $ 42,085.52 | Reject | $ 42,085.52 | Reject | Sant | |

1 - The electronic balloting platform utilized by UpShot Services (the "Platform") requires that parties agree to the following language prior to submitting their signature: "By selecting Adopt and Sign, I agree that the signature and initials will be the electronic representation of my signature and initials for all purposes when I (or my agent) use them on documents, including legally binding contracts - just the same as a pen-and-paper signature or initial."
2 - The Platform requires that parties adopt an electronic signature by selecting a preset font or drawing an image of a signature with a mouse or other input device. AJ Anesthesia Inc. chose to draw an image and adopted two small marks as their signature.

# EXHIBIT C
*Detailed Report of All Invalid Ballots*

**EXHIBIT C**
*Detailed Report of All Invalid Ballots*

| Class | Ballot # | Name | Date Filed | Sant Plan Voting Amount | Sant Plan Vote | Save the Hospital Plan Voting Amount | Save the Hospital Plan Vote | Allied Plan Voting Amount | Allied Plan Vote | Preference | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 7 | 41 | DTE ENERGY | 12/11/2015 | $ 260,615.44 | Accept | $ 260,615.44 | No Response | $ 260,615.44 | No Response | Sant | Invalid - Ballot superseded and replaced by Ballot 52 |
| Class 7 | 59 | GLOBAL HEALTH ORGANIZATION CONSULTING INC | 12/11/2015 | $ - | Reject | $ - | Reject | $ - | Reject | Allied | Invalid - Creditor not entitled to vote |

Page 1 of 1

15-51011-wsd    Doc 362    Filed 12/15/15    Entered 12/15/15 14:16:25    Page 13 of 13