**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 15-51011-wsd |
| OAKLAND PHYSICIANS MEDICAL CENTER, L.L.C. d/b/a DOCTORS' HOSPITAL OF MICHIGAN, a Michigan limited liability company, | Chapter 11 |
| | Hon. Walter Shapero |
| Debtor. _____/ | |

**AGREED ORDER AMENDING FINAL
ORDER (I) AUTHORIZING THE DEBTOR TO
OBTAIN POSTPETITION FINANCING ON A SENIOR SECURED,
SUPERPRIORITY BASIS, (II) AUTHORIZING THE USE OF CASH
COLLATERAL, (III) GRANTING ADEQUATE PROTECTION TO
PREPETITION SECURED PARTIES AND (IV) SCHEDULING A FINAL HEARING**

This matter having come before the Court upon the oral motion of Sant Partners, LLC to amend the terms of the *Final Order (I) Authorizing the Debtor to Obtain Postpetition Financing on a Senior Secured, Superpriority Basis, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (IV) Scheduling a Final Hearing* [Docket No. 131] as amended by further Order [DE 210] (collectively, the "DIP Order") of the Court; and the Office of the United States Trustee, the Official Committee of Unsecured Creditors, the Chapter 11 Trustee, the United States Government, the Michigan Department of Health and Human Services ("Michigan DHHS"), and the Patient Care Ombudsman having consented to the relief requested herein and having agreed to the form of this Order; and for the reasons set forth in the record in this case and as otherwise addressed with the Court at a hearing

conducted on December 23, 2015; and the Court being fully advised in the premises and finding that good cause exists for the relief granted in this Order;[1]

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Except to the extent expressly amended hereby the provisions of the DIP Order shall remain in full force and effect as stated therein.

2. The Amended and Restated DIP Facility Term Sheet (as defined in the DIP Order) is amended as follows:

   A. In the section entitled "Maturity Date", "December 31, 2015" is deleted and replaced with "January 15, 2016."

   B. In the section entitled "Events of Default", "December 17, 2015" is deleted and replaced with "January 15, 2016".

   C. In the section entitled "Maximum Amount", "$2,000,000" is deleted and replaced with "$2,220,000 plus interest, fees and expenses"; provided, however that $120,000 of the Maximum Amount shall be reserved availability to provide funds for the orderly transfer of patients from the Borrower's hospital if a transfer of patients is, in accordance with applicable law, deemed necessary by the Michigan DHHS to ensure patient safety, and, unless otherwise ordered by the Court, such funds shall be used for no other purpose.

3. Any stay of this Order that might otherwise be imposed by Bankruptcy Rule 6004 is waived and this Order shall be effective immediately upon its entry.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to such terms in the DIP Order.

**Signed on January 04, 2016**

                                                **/s/ Walter Shapero**
                                                **Walter Shapero**
                                                **United States Bankruptcy Judge**