# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

**OAKLAND PHYSICIANS MEDICAL CENTER, L.L.C. d/b/a DOCTORS' HOSPITAL OF MICHIGAN**, a Michigan limited liability company,

Case No. 15-51011-wsd
Chapter 11

                    Debtor.
_____/

## OFFICIAL UNSECURED CREDITORS COMMITTEE'S
## FINAL BRIEF IN SUPPORT OF CONFIRMATION

The Official Unsecured Creditor's Committee ("Committee") by and through its counsel Simon PLC Attorneys & Counselors and for its Final Brief in Support of Confirmation states as follows:

## UNSECURED CREDITOR'S COMMITTEE

The two plan proponents are Sant Partners, LLC ("Sant") and Save the Hospital Group ("SHG").

The Committee executed a Plan Support Agreement with Sant on December 7, 2015 that supported Sant's Second Amended Combined Disclosure Statement and Plan of Reorganization of Oakland Physicians Medical Center, LLC. (DE #310) The Committee voted in favor of supporting the Sant Plan because it offered more favorable treatment and recovery to general unsecured creditors. In particular, Sant's Plan offered causes of action including but not limited to Chapter 5 avoidance claims plus a substantial payment of money over four years.

After the Support Agreement, Sant filed a Third Amended Combined Disclosure Statement and Plan of Reorganization of Reorganization of Oakland Physicians Medical Center, LLC. Subsequently, Sant and the U.S. Trustee, with input from the Committee reached an

agreement with respect to the Liquidation Trust Agreement and the disclosure of causes of action to be retained by the Reorganized Debtor or assigned to the Liquidation Trust. The Committee continues to support Sant's Plan as amended because it provides the best proposed treatment of general unsecured creditors.

In particular, the Sant Plan, as amended treats unsecured creditors as follows:

A. Release and exculpation provisions narrowed to address the various objections.

B. The Liquidation Trust Agreement attached as Exhibit "C" to Sant's Plan will be revised to remove the Oversight Committee provisions and increase U.S. Trustee review and oversight of the Trust activities.

C. Sant, the U.S. Trustee, Sant and the Committee have agreed to revise Exhibit "G" to Sant's Plan to add and identify Trust Causes of Action and Retained Causes of Action. The revised Exhibit "G" also provides a procedure for identifying previously unknown causes of action and the determination whether the Liquidating Trust or the Reorganized Debtor will pursue the previously unidentified Cause of Action.

Since its formation, the Committee has diligently investigated the Debtor's business and financial records and talked to various parties familiar with Debtor's prepetition management and operations. The Committee successfully identified Chapter 5 avoidance causes of action, as well as other causes of action while working with trustee and his financial advisor. This process has been hampered by the limited time frame of this case and the deplorable condition of the Debtor's financial records. Nonetheless, the Committee believes that it has compiled a list that provides the best the best chance of recovery from those currently identified causes of action.

On the other hand, SHG's stated intent is to retain but not pursue causes of action. Even though SHG's plan guarantees a payment to unsecured creditors, it is not on par with the cash payment proposed by Sant (it will be paid later.) The best chance to maximize the payout to unsecured creditors includes causes of action as provided in the Liquidating Trust proposed by Sant. The Committee expressed its concerns that by <u>not</u> pursuing the prepetition mismanagement and misconduct of its controlling officers, recoveries would be diminished and those culpable parties would go unpunished.

For the reasons stated above, the Committee has and continues to support the confirmation of the Sant Plan.

Respectfully submitted,

**SIMON PLC**
**Attorneys & Counselors**

Dated: January 5, 2016

/s/ Craig T. Mierzwa_____
Craig T. Mierzwa (P72549)
Gary A. Hansz (P44956)
Attorneys for the Official Unsecured Creditors Committee
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 720-0290
(248) 720-0291 - fax
cmierzwa@simonattys.com