# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**TRANSMITTAL OF FINANCIAL REPORTS AND CERTIFICATION OF COMPLIANCE
WITH UNITED STATES TRUSTEE OPERATING REQUIREMENTS
FOR THE PERIOD ENDED: October 2020**

| IN RE: | | CASE NO. | **15-51011-MLO** |
|---|---|---|---|
| **OAKLAND PHYSICIANS MEDICAL CENTER, LLC** | | Chapter 11 | |
| **LIQUIDATING TRUST** | / | Judge: | **Maria L. Oxholm** |
| | Debtor | | |

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   | | | |
   |---|---|---|
   | X | Operating Statement | (Form 2) |
   | X | Balance Sheet | (Form 3) |
   | X | Summary of Operations | (Form 4) |
   | X | Monthly Cash Statement | (Form 5) |
   | X | Statement of Compensation | (Form 6) |
   | X | Schedule of In-Force Insurance | (Form 7) |

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
   (If not, attach a written explanation)   **YES**_____   **NO**_____   **N/A _X_____**

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)   **YES**____   **NO**_____   **N/A __X____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.  (If not, attach a written explanation)
                                              **YES__X____**   **NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.
                                              **YES__X____**   **NO_____**

6. Have you filed your prepetition tax returns.
   (If not, attach a written explanation)   **YES__X____**   **NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

**Dated: 11/17/2020**

/s/ BASIL T. SIMON   (P26340)
**Liquidation Trustee
645 Griswold,   Suite 3466
Detroit, MI 48226**
*313-962-6400*
bsimon@sszpc.com

*Mail a copy to the Creditor's Committee (if any) and the attorney for the Creditors' Committee.*

**FORM 1**

**OPERATING STATEMENT (P&L)**
**Period Ending: October 2020**

Case No: 15-51011-MLO

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales |  |  |
| Rent |  |  |
| **GROSS PROFIT** | $0.00 |  |

**EXPENSES:**

| | Current Month | Total Since Filing |
|---|---|---|
| Officer Compensation | 0 | |
| Salary Expenses other Employees | 0 | |
| Employee Benefits & Pensions | 0 | |
| Payroll Taxes | 0 | |
| Other Taxes | 0 | |
| Rent and Lease Expense | 0 | |
| Interest Expense | 0 | |
| Insurance | 0 | |
| Automobile and Truck Expense | 0 | |
| Utilities (gas, electric, phone) | 0 | |
| Depreciation | 0 | |
| Travel and Entertainment | 0 | |
| Repairs and Maintenance | 0 | |
| Advertising | 0 | |
| Supplies, Office Expense, etc. | 0 | |
| Other Specify | 0 | |
| Other Specify | | |
| **TOTAL EXPENSES:** | 0 | |
| **NET OPERATING PROFIT/(LOSS)** | $ - | |
| Add: Non-Operating Income: | 0 | |
| Interest Income | 0 | |
| Other Income | 0 | |
| Less: Non-Operating Expenses: | 0 | |
| Professional Fees | 0 | |
| Other | 0 | |
| **NET INCOME/(LOSS)** | $ - | |

**FORM 2**

**BALANCE SHEET**  **Case No. 15-51011-MLO**
**Period Ending: October 2020**

| | Current Month | Prior Month | At Filing |
|---|---:|---|---|
| *ASSETS:* | | | |
| **Cash:** | 0 | N/A | N/A |
| **Inventory:** | 0 | | |
| **Accounts Receivables:** | 0 | | |
| **Insider Receivables** | 0 | | |
| **Land and Buildings:** | 0 | | |
| **Furniture, Fixtures & Equip:** | 0 | | |
| **Accumulated Depreciation:** | 0 | | |
| **Other:** | 0 | | |
| **Other:** | 0 | | |
| **TOTAL ASSETS:** | $0.00 | | |
| *LIABILITIES:* | 0 | N/A | N/A |
| **Postpetition Liabilities:** | 0 | | |
| **Accounts Payable:** | 0 | | |
| **Rent and Lease Payable:** | 0 | | |
| **Wages and Salaries:** | 0 | | |
| **Taxes Payable:** | 0 | | |
| **Other:** | 0 | | |
| **TOTAL POSTPETITION LIABILITIES:** | $0.00 | | |
| **Secured Liabilities:** | 0 | | |
| **Subject to Postpetition** | 0 | | |
| **Collateral or Financing Order** | 0 | | |
| **All Other Secured Liab.** | 0 | | |
| **TOTAL SECURED LIABILITIES:** | $0.00 | | |
| **Prepetition Liabilities:** | 0 | | |
| **Taxes & Other Priority Liab.** | 0 | | |
| **Unsecured Liabilities:** | 0 | | |
| **Other:** | 0 | | |
| **TOTAL PREPETITION LIABILITIES:** | 0 | | |
| **TOTAL LIABILITIES** | $0.00 | | |
| **Equity:** | 0 | | |
| **Owners Capital:** | 0 | | |
| **Retained Earnings-Pre Pet.** | 0 | | |
| **Retained Earnings-Post Pet.** | 0 | | |
| **TOTAL EQUITY:** | $0.00 | | |
| **TOTAL LIABILITIES AND EQUITY:** | $0.00 | | |

**FORM 3**

**SUMMARY OF OPERATIONS**

**Period Ended: October 2020**

**Case No: 15-51011-MLO**

# Schedule of Postpetition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** |  |  |  |  |
| **Federal:** |  |  |  |  |
| **State:** |  |  |  |  |
| **Local:** |  |  |  |  |
| **FICA Withheld:** |  |  |  |  |
| **Employers FICA:** |  |  |  |  |
| **Unemployment Tax:** |  |  |  |  |
| **Federal:** |  |  |  |  |
| **State:** |  |  |  |  |
| **Sales, Use & Excise Taxes:** |  |  |  |  |
| **Property Taxes:** |  |  |  |  |
| **Workers' Compensation** |  |  |  |  |
| **Other:** |  |  |  |  |
| **TOTALS:** |  |  |  |  |

**AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE**

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | 0 | 0 | 0 |
| Accounts Receivable | 0 | 0 | 0 |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

**Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:**

**FORM 4**

**MONTHLY CASH STATEMENT**
**Period Ending: October 2020**

**Cash Activity Analysis (Cash Basis Only):**   **Case No: 15-51011-MLO**

|   | | Trust Fund<br>Checking | Trust Fund<br>Money Market | Admin Reserve<br>Checking |
|---|---|---|---|---|
| A. | Beginning Balance | $63,786.27 | $564,334.38 | $0.00 |
| B. | Receipts<br>(Attach separate schedule) | $6,836.00 | $98.69 | $15,743.76 |
| C. | Balance Available<br>(A + B) | $70,622.27 | $565,433.07 | $15,743.76 |
| D. | Less Disbursements<br>(Attach separate schedule) | $16,593.76 | $0.00 | $9,376.88 |
|   | BALANCE:<br>(C - D) | $54,028.51 | $565,433.07 | $6,366.88 |

**(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH**

**General Account:**
1. Depository Name: AXOS BANK, SAN DIEGO, CA
2. Account Number: 7420010000068 (TRUST FUND - CHECKING)
   7420010000191 (TRUST FUND - MONEY MARKET)
   7420010000209 (ADMINISTRATIVE RESERVE - CHECKING)

**Payroll Account:**
1. Depository Name: N/A

**Tax Account:**
1. Depository Name: N/A

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):**

**Date: 11/17/2020**      /s/ BASIL T. SIMON
                           Liquidation Trustee

**Transfer of $0.00 from Trust Fund Checking to Trust Fund MMDA**
**Transfer of $15,743.76 from Trust Fund Checking to Admin Reserve Checking**
**Transfer of $0.00 from Trust Fund MMDA to Admin Reserve Checking**
**Transfer of $0.00 from Trust Fund MMDA to Trust Fund Checking**

**Total Disbursments OCTOBER 2020 $0.00 (via hospital account)**
**Total Disbursments OCTOBER 2020 $16,393.76 (via liquidating trustee account**)

**FORM 5**

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period ending October 2020**

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary)

**Name: ___ N/A**

_____ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties: ___ N/A
_____
_____

| **Current Compensation Paid:** | Weekly | or | Monthly |
|---|---|---|---|
|  | _____ |  | _____ |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | _____ |  | _____ |
| Life Insurance | _____ |  | _____ |
| Reitrement | _____ |  | _____ |
| Company Vehicle | _____ |  | _____ |
| Entertainment | _____ |  | _____ |
| Travel | _____ |  | _____ |
| Other Benefits | _____ |  | _____ |
| **Total Benefits:** | _____ |  | _____ |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | _____ |  | _____ |
| Loans | _____ |  | _____ |
| Other (Describe) | _____ |  | _____ |
| Other (Describe) | _____ |  | _____ |
| Other (Describe) | _____ |  | _____ |
| **Total other payment:** | _____ |  | _____ |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
|  | _____ |  | _____ |

**Dated: ___ N/A**          _____ **N/A**
                              **Principal, Officer, Director, or Insider**

**FORM 6**

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period ending October 2020**

**Case No:** **15-51011-MLO**

| **INSURANCE TYPE** | **CARRIER** | **EXPIRATION DATE** |
|---|---|---|
| N/A | | |

**Dated: 11/17/2020**          /s/ BASIL T. SIMON
                               **Liquidation Trustee**

**FORM 7**